

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00158-CV

| | | |
|---|---|---|
| MICHAEL MOATES, Appellant | § | On Appeal from the 431st District Court |
| V. | | |
| GREG ABBOTT, IN HIS CAPACITY AS GOVERNOR OF THE STATE OF TEXAS; KEN PAXTON, IN HIS CAPACITY AS ATTORNEY GENERAL OF THE STATE OF TEXAS; TEXAS DEPARTMENT OF LICENSING AND REGULATION; MICHAEL ARISMENDEZ, IN HIS CAPACITY AS EXECUTIVE DIRECTOR OF THE TEXAS DEPARTMENT OF LICENSING AND REGULATION; BRAD BOWMAN, IN HIS CAPACITY AS GENERAL COUNSEL OF THE TEXAS DEPARTMENT OF LICENSING AND REGULATION; AND TEXAS COMMISSION ON LICENSING AND REGULATION, Appellees | §<br><br>§<br><br>§ | of Denton County (22-3236-431)<br><br>October 13, 2022<br><br>Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr